UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Honorable Michael A. Hammer |
| v. : | |
| : | Mag. No. 19-4001 |
| FRANCISCO JAVIER QUIROGA : | |
| MARTINEZ : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Andrew Macurdy, Assistant United States Attorney), and defendant Francisco Javier Quiroga Martinez (Andrew Olesnycky, Esq.), for an order granting a second continuance of the proceedings in the above-captioned matter from the date this order is signed through and including May 31, 2019, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties may engage in plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 25 day of March, 2019

ORDERED that this action be, and it hereby is, continued from ~~the date this order is signed~~ 3/27/2019 through and including May 31, 2019; and it is further

ORDERED that from ~~the date this order is signed~~ 3/27/2019 through and including May 31, 2019 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge


Form and entry consented to:

_____
Andrew Macurdy
Assistant United States Attorney

_____
Andrew Olesnycky, Esq.
Counsel for Francisco Javier Quiroga Martinez

_____
Meredith Williams,
Chief, OCDETF/Narcotics